UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-21074-CIV-WILLIAMS

ANDREW KRIEGMAN,

    Plaintiff,

v.

TRANSAMERICA LIFE INSURANCE COMPANY,

    Defendant.
_____/

## ORDER DISMISSING CASE

**THIS MATTER** is before the Court on Plaintiff's notice of voluntary dismissal with prejudice. (DE 16). Upon review of the notice and the record, this action is **DISMISSED WITHOUT PREJUDICE**. All pending motions are **DENIED AS MOOT**. The case is **REMOVED** from the trial calendar. All deadlines and hearings are **CANCELED**. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this 25 day of May, 2016.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE